# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. Nos. 24-3663 |
| Plaintiff-Appellant, | D.C. No. CR 22-482-GW (Central Dist. Cal.) |
| v. | |
| JERRY NEHL BOYLAN, | **GOVERNMENT'S UNOPPOSED MOTION TO DISMISS CROSS-APPEAL VOLUNTARILY; DECLARATION OF ALEXANDER P. ROBBINS** |
| Defendant-Appellee. | |

Plaintiff-Appellant United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves to voluntarily dismiss its cross-appeal from the sentence imposed in this case.

///

///

The motion is made pursuant to Federal Rule of Appellate Procedure 42(b) and is based on the files and records in this case and the attached declaration of Alexander P. Robbins. Defendant does not oppose this motion.

Defendant is not in custody. The court reporter is not in default with respect to any designated transcript.

| | |
|---|---|
| DATED: July 7, 2025 | Respectfully submitted, |
| | BILAL A. ESSAYLI<br>United States Attorney |
| | CHRISTINA T. SHAY<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | */s/ Alexander P. Robbins* |
| | ALEXANDER P. ROBBINS<br>Assistant United States Attorney<br>Acting Chief, Criminal Appeals Section |
| | Attorneys for Plaintiff-Appellee<br>UNITED STATES OF AMERICA |

## DECLARATION OF ALEXANDER P. ROBBINS

I, Alexander P. Robbins, hereby declare and state as follows:

1.  I am an Assistant United States Attorney in the Central District of California and the Deputy Chief of my office's Criminal Appeals Section. I am counsel for the government in this case.

2.  On May 3, 2024, the district court sentenced the defendant. The defendant filed a timely notice of appeal on May 14, 2024. The government filed a timely notice of cross-appeal on June 11, 2024. The defendant filed the first brief on cross-appeal on May 15, 2025. The government's second brief on cross-appeal is currently due on July 16, 2025.

3.  Upon further review of the case, the government has elected not to pursue its appeal from the district court's sentence.

4.  I conferred with counsel for defendant, Hunter Haney. Defendant does not oppose this motion.

5.  Defendant is not in custody. No court reporter is in default with respect to any designated transcript.

2

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 7th day of July 2025, in Los Angeles County, California.

*s/ Alexander P. Robbins*

ALEXANDER P. ROBBINS
Assistant United States Attorney